UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Clarence Lee Artis Jr.

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Sgt. A. Baez, C.O. W. Acton, C.O. B. Shell, C.O. D. Goodspeed, C.O. M. Schrammel, C.O. L. Valdez, Lt. D. Scholonas, Sgt. M. Conklin and Sgt. J. Goin

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Clarence Artis
ID #  10R0810
Current Institution  Franklin C.F.
Address  Bare Hill Road P.O. Box 10
Malone, N.Y., 12953-0010

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name __Sgt. A. Baez__ Shield #____
Where Currently Employed __Otisville CF__
Address __57 Sanitarium Ave. PO Box 8__
__Otisville N.Y. 10963-0008__

Defendant No. 2    Name __C.O. W. Acton__ Shield #____
Where Currently Employed __Same as above__
Address ____

Defendant No. 3    Name __C.O. B. Shell__ Shield #____
Where Currently Employed __Same as above__
Address ____

Defendant No. 4    Name __C.O. D. Goodspeed__ Shield #____
Where Currently Employed __Same as above__
Address ____

Defendant No. 5    Name __C.O. M. Schrammel__ Shield #____
Where Currently Employed __Same as above__
Address ____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? ____

B.    Where in the institution did the events giving rise to your claim(s) occur? ____

C.    What date and approximate time did the events giving rise to your claim(s) occur? ____

*Rev. 05/2010*                                    4

Defendant No. 6

C.O. L. Valdez

"Same as above"

Defendant No. 7

Lt. D. Scholonas

"Same as above"

Defendant No. 8

Sgt. M. Conklin

"Same as Above"

Defendant No. 9

Sgt J. Goin

"Same address as above"

D. Facts:

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

I was racially attacked and beat to death for 1 hour and approximately 20 minutes while in hand cuffs. I was stomped, beat and called a Nigger over and over again for being African American. I was stopped and asked if I had any drugs on me. I said "NO". I was asked if I would be willing to be searched. I complied but then I was handcuffed. Once I was handcuffed the CO started choking me and screaming into his walkie talkie. Stop kicking me Artis, stop biting me Artis, Stop head butting me Artis. Then he started screaming Black lives matter right Nigger. I thought I was dreaming but things only got worst. Eight other officers were jumping on me and beating me. They all took turns jumping on my back and beating me to death. With my last dying breath I prayed and my heart started back beating very hard and slow.

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was beat from head to toe and I have the photos to prove my allegations.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ____   No ✓

   It happened in Otisville C.F.

   If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓   No ____   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ✓

   If YES, which claim(s)? ____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ✓

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ✓   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? Adirondack C.F.

   1. Which claim(s) in this complaint did you grieve? Racial attack

   2. What was the result, if any? I had to Appeal to CORC but I was told that they're backed up --

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I grieved by way of grievance. I also filed a report with O.S.I.

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: ____

Rev. 05/2010                                              6

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I grieved and my grievance did not suceed. So I appealed to Albany C.O.R.C. on 12-21-23. On 4-18-24 I recieved a notice from Rachael Seguin Director, Incarcerated Grievance Program telling me that a disposition will be sent to me after the grievance is reviewed by CORC...

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). (1) I want a trial by jury (2) I want these racist officers fired and held accountable for thier actions (3) I want these officers tested for drug use and mentally evaluated. They are not fit to be officers...

(4) I want One hundred and twenty million dollars. These officers beat me for at least one hour and twenty minutes, causing my death --- It is nothing short of a miracle that my heart started back beating after I prayed. ~Heart~

What was done to me was animalistic and barbaric. I have the photos to prove it ---

VI.  Previous lawsuits:

**On these claims**

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No __✓__

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.  Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.  Court (if federal court, name the district; if state court, name the county) _____

   3.  Docket or Index number _____

   4.  Name of Judge assigned to your case _____

   5.  Approximate date of filing lawsuit _____

   6.  Is the case still pending?  Yes _____   No __✓__

   If NO, give the approximate date of disposition _____

   7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No __✓__

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.  Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.  Court (if federal court, name the district; if state court, name the county) _____

   3.  Docket or Index number _____

   4.  Name of Judge assigned to your case _____

   5.  Approximate date of filing lawsuit _____

   6.  Is the case still pending?  Yes _____   No _____

   If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of May, 2024

Signature of Plaintiff   *Clarence Artis*

Inmate Number   10B0810

Institution Address   Franklin C.F.-
Bare Hill Road, PO Box 10
Malone NY- 12953-0010

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 21st day of May, 2024 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Clarence Artis*

CHERYL ELIZABETH NOLETTE
Notary Public in the State of New York
Franklin County No. 01N06414111
My Commission Expires February 16, 25

*Cheryl Elizabeth Nolette*
Notary