UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

CLARENCE LEE ARTIS, JR.,                          :          24-CV-4376 (CS)
                                                  :
                              Plaintiff,          :
                                                  :          **ORDER AUTHORIZING THE**
                                                  :          **DEPOSITION OF AN**
              - against -                         :          **INCARCERATED INDIVIDUAL**
                                                  :          **[PROPOSED]**
SGT. A. BAEZ, et al.,                             :
                                                  :
                              Defendants.         :
-------------------------------------------------------------- X

    Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED

that an Assistant Attorney General may take the deposition of CLARENCE ARTIS, DIN

No. 10-B-0810, either in person or by videoconference before a notary public, or some other officer

authorized to administer oaths by the laws of the United States or of the State of New York, at

any New York State Correctional Facility, upon notice to the Plaintiff and the Superintendent of

the correctional facility where he is then located.

   Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may

impose sanctions pursuant to Federal Rule of Civil Procedure 37(d), which may include an order

dismissing this action.

Dated: April _7_, 2025
   White Plains, New York

          SO ORDERED.

          *Cathy Seibel*  4/7/25
          _____
          CATHY SEIBEL, U.S.D.J.