UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CLARENCE LEE ARTIS, JR.,

                                 Plaintiff,

       – against –

SGT. A. BAEZ, *et al.*,

                               Defendants.
------------------------------------------------------------------------x

**ORDER**

No. 24-CV-4376 (CS)

<u>Seibel, J.</u>

      Plaintiff brings this action, *pro se*, under 42 U.S.C. § 1983, alleging an excessive force incident involving several employees at Otisville Correctional Facility.

      By order dated September 22, 2025, the Court granted Plaintiff's Application for the Court to Request Counsel. (ECF No. 44.) On November 20, 2025, Plaintiff notified the Court via letter that he was set to be released from Cayuga Correctional Facility on November 26, 2025, and he provided an updated mailing address. (ECF No. 50.) Plaintiff did not provide a phone number or email address, and it appears that the mailing address that he provided is the Broome County Department of Social Services. (*Id.*) The Court and attorneys potentially interested in representing Plaintiff, however, need to be able to get in touch with him. No later than February 25, 2026, Plaintiff must provide updated contact information, including his cellphone number and/or email address, as well as a new mailing address, if applicable.

**SO ORDERED.**

Dated: February 11, 2026
       White Plains, New York

                                                              _____
                                                              CATHY SEIBEL, U.S.D.J.