UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CLARENCE LEE ARTIS, JR.,

Plaintiff,

- against -

SGT. A. BAEZ, *et al.*,

Defendants.
-----------------------------------------------------------x

**ORDER ON MOTION FOR SUMMARY JUDGMENT**

No. 24-CV-4376 (CS)

Seibel, J.

For the reasons set forth on the record at the July 23, 2026 conference, the Defendants' motion for partial summary judgment, (ECF No. 45), is GRANTED in part and DENIED in part. The Clerk of Court is respectfully directed to terminate the pending motion.

**SO ORDERED.**

Dated: July 23, 2026
White Plains, New York

Cathy Seibel
CATHY SEIBEL, U.S.D.J.